UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAURICE PATRICK,<br><br>            Plaintiff,<br><br>    vs.<br><br>SAXON MORTGAGE, INC.,<br><br>            Defendant. | NO.  CV-08-0297-LRS<br><br>ORDER OF DISMISSAL |

On April 17, 2010, the Court directed Plaintiff to show cause why the case should not be dismissed for failure to prosecute. On March 29, 2010, Plaintiff timely filed his response. Plaintiff responded by stating that he cannot get a physical address for this defendant. Plaintiff asserts that the named defendant is aware of the lawsuit. Plaintiff attached a copy of the named defendant's web page which contains addresses with post office boxes only.

The Court is sympathetic to Plaintiff, however, it is Plaintiff's responsibility to provide the Marshal with all necessary information to effect service. The Court has no choice but to dismiss this case based on Plaintiff's inability to provide the Court/Marshal with sufficient information. Accordingly,

**IT IS ORDERED** that this case be **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to

ORDER – 1

enter this Order, forward a copy to plaintiff, enter judgment consistent with the foregoing, and **CLOSE FILE.**

**DATED** this 15th day of April, 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2