AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MAURICE PATRICK,

                    Plaintiff,

                                                    JUDGMENT IN A CIVIL CASE

        v.

SAXON MORTGAGE, INC.,

                                                    CASE NUMBER: CV-08-297-LRS

                    Defendant.

☐  **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒  **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED this action is dismissed without prejudice pursuant to the Order of Dismissal entered on April 15, 2010, Ct. Rec. 23.

April 15, 2010
_____
*Date*

JAMES R. LARSEN
_____
*Clerk*
s/ Cora Vargas
_____
*(By) Deputy Clerk*
Cora Vargas